# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAI TRUONG,<br><br>                         Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of<br>Social Security,<br><br>                      Defendant. | Case No.: 18cv1660-MMA (MSB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE;**<br><br>[Doc. No. 21]<br><br>**GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**;<br><br>[Doc. No. 14]<br><br>**DENYING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**;<br><br>[Doc. No. 17]<br><br>**REMANDING ACTION TO SOCIAL SECURITY ADMINISTRATION** |

On July 20, 2018, Plaintiff Trai Truong filed this social security appeal challenging the denial of an application for disability insurance benefits. *See* Doc. No. 1. The Court referred all matters arising in this social security appeal to the assigned magistrate judge for report and recommendation pursuant to Section 636(b)(1)(B) of Title 28 of the United States Code, and Civil Local Rule 72.1. *See* 28 U.S.C. § 636(b)(1)(B); S.D. Cal. CivLR 72.1. The parties have filed cross-motions for summary judgment. *See* Doc. Nos. 14, 17.

Judge Berg has issued a thorough and well-reasoned Report recommending that the Court grant Plaintiff's motion for summary judgment, deny Defendant's motion for summary judgment, and remand the matter to the Social Security Administration for further administrative proceedings. *See* Doc. No. 21. Neither party objected to the Report and Recommendation. The time for filing objections has expired.

The duties of the district court in connection with a magistrate judge's report and recommendation are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). Where the parties object to a report and recommendation ("R&R"), "[a] judge of the [district] court shall make a de novo determination of those portions of the [R&R] to which objection is made." 28 U.S.C. § 636(b)(1); *see Thomas v. Arn*, 474 U.S. 140, 149-50 (1985). When no objections are filed, the district court need not review the R&R de novo. *See Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121-22 (9th Cir. 2003) (en banc). A district judge may nevertheless "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also Wilkins v. Ramirez*, 455 F. Supp. 2d 1080, 1088 (S.D. Cal. 2006).

The Court has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law. Upon due consideration, the Court **ADOPTS** Judge Berg's Report and Recommendation, **GRANTS** Plaintiff's motion for summary judgment, and **DENIES** Defendant's motion for summary judgment. Accordingly, the Court **REMANDS** this matter to the Social Security Administration for further administrative proceedings consistent with this Court's Order and Judge Berg's Report and Recommendation. The Court **DIRECTS** the Clerk of Court to enter judgment accordingly and close the case.

**IT IS SO ORDERED**.

DATE: August 20, 2019

HON. MICHAEL M. ANELLO
United States District Judge

2