

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trai Truong<br><br>　　　　　　　　　　　　　**Plaintiff,**<br>　　　　　　　V.<br><br>Nancy A. Berryhill, Acting<br>Commissioner of Social Security<br><br>　　　　　　　　　　　　　**Defendant.** | Civil Action No.　18cv1660-MMA(MSB)<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law. Upon due consideration, the Court adopts Judge Berg's Report and Recommendation, grants Plaintiff's motion for summary judgment, and denies Defendant's motion for summary judgment. Accordingly, the Court remands this matter to the Social Security Administration for further administrative proceedings consistent with this Court's Order and Judge Berg's Report and Recommendation.

Date:　　8/20/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  R. Chapman

R. Chapman, Deputy