# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAI TRUONG,<br><br>                    Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>                    Defendant. | Case No. 18cv1660-MMA (MSB)<br><br>**ORDER GRANTING PARTIES' JOINT MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920**<br><br>[Doc. No. 24] |

Trai Truong ("Plaintiff") and Andrew Saul, Commissioner of Social Security, ("Defendant") filed a joint motion to award Plaintiff "attorney fees and expenses in the amount of two thousand seven hundred dollars ($2,700.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of four hundred dollars ($400.00) under 28 U.S.C. § 1920." Doc. No. 24. Good cause appearing, the Court **GRANTS** the parties' motion and **ORDERS** that Plaintiff be awarded attorney fees and expenses in the amount of two thousand seven hundred dollars ($2,700.00) and costs in the amount of four hundred dollars ($400.00) subject to the terms set forth in the joint motion.

    **IT IS SO ORDERED**.

Dated: November 12, 2019

                                            Hon. Michael M. Anello
                                            United States District Judge